# PAUL J. HETZNECKER
Attorney at Law
1420 Walnut Street Suite 911
Philadelphia, PA  19102

(215) 893·9640
FAX (215) 893·0255
E-MAIL phetznecker@aol.com

August 15, 2022

**SENT VIA EMAIL: bailey.axe@phila.gov**
Bailey Axe, Esquire
Deputy City Solicitor
City of Philadelphia – Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102

RE:   **Alfonse Bowman v. City of Philadelphia, et al.**
      **No. 22-2037**

Dear Ms. Axe:

Enclosed, please find Plaintiff's Request for Production of Documents, along with the Plaintiff's discovery disclosures in the above matter pursuant to Rule 26:

| **Medical Records** | **Bates No.** |
|---|---|
| Abington Memorial Hospital - Medical Records | 00001-00006 |
| Abington Memorial Hospital - Medical Records from Ciox | 00007-00034 |
| Wills Eye Hospital - Medical Records | 00035-00042 |
| **Video** | |
| Video 1 | 00043 |
| Video 2 | 00044 |
| **Still Images** | |
| Stills from Video 1 | 00045-00494 |
| Enhanced Stills from Video 1 | 00495-00944 |

We have a second incomplete set of the same photographs included in "Stills from Video 1." The set that we had did not include images 175-450 (Bates No. 00219-00494). We are providing you with a complete set of the still images extracted from the video ("Stills from

# Exhibit 1

Video 1"). If you would like the incomplete set of the same exact images up to photograph 174 (Bates No. 00218), we are happy to provide that as well.

    Finally, we have two eyewitnesses, Jordan Bradley and Emil Bradley.

    Thank you for your attention to this matter.

                                    Sincerely,

                                ***/s/ Paul J. Hetznecker***

                                Paul J. Hetznecker

PJH/yjl  
Enclosures